UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:25-CR-67-PPS-AZ |
| ) | |
| HERLIN YOVANY GUERRERO- ) | |
| ZELAYA aka HERLING YOVANY ) | |
| GUERRERO-ZELAYA, ) | |
| | |
| Defendant. | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Abizer Zanzi, relating to Defendant Herlin Yovany Guerrero-Zelaya's request to enter a plea of guilty pursuant to Federal Rule of Criminal Procedure 11. Following a hearing on the record on July 1, 2025, Magistrate Judge Zanzi found that there is a factual basis for Defendant's plea and that the Defendant knowingly and voluntarily entered into his plea of guilty. [*See* DE 21]. Accordingly, Judge Zanzi recommends that the Court accept Defendant's plea of guilty to the offense charged in Count 1 of the indictment and that Defendant be adjudged guilty of the offense charged in Count 1 of the indictment. [*Id*.]

Neither party has filed an objection to Magistrate Judge Zanzi's Report and Recommendation.  The Court having reviewed Magistrate Judge Zanzi's Report and

Recommendation and agreeing with the reasoning therein, hereby **ADOPTS** the Report and Recommendation in its entirety.

    **SO ORDERED**.

    ENTERED: July 15, 2025.

                                           /s/ Philip P. Simon
                                          PHILIP P. SIMON, JUDGE
                                          UNITED STATES DISTRICT COURT